IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | *   **Criminal No. 16-cr-00153-KD** |
| **v.** | * |
| | * |
| **DAVID JESUS JIMENEZ** | * |
| | * |
| | * |

## UNITED STATES' POSITION REGARDING PRE-SENTENCE REPORT

Comes now the United States of America, by and through Richard W. Moore, the United States Attorney for the Southern District of Alabama, and files this notice of position regarding the pre-sentence report for defendant David Jimenez.  [Doc. No 239]

The United States has reviewed the PSR drafted by the probation office, and has no objections to the report or the calculation of the guidelines within.[1]

Respectfully submitted this 12th day of January, 2018.

RICHARD W. MOORE
UNITED STATES ATTORNEY

By: */s/Christopher J. Bodnar*
Christopher J. Bodnar
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251) 441–5845

By: */s/Donna B. Dobbins*
Donna B. Dobbins
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251) 441–5845

---

[1]   The United States spoke with counsel for Jimenez this afternoon, and has received a copy of Jimenez's objections to the PSR.  [Doc. No. 241]   The United State is preparing a separate response to those objections.